UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HEATON SPITTERS,<br><br>Plaintiff,<br><br>v.<br><br>LAURENCE L. SPITTERS,<br><br>Defendant. | Case No. 18-cv-04824-JCS<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED AND CASE SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 2 |

Plaintiff Thomas Heaton Spitters, pro se, has filed an application to proceed in forma pauperis. Dkt. 2. Spitters used the Administrative Office of the Courts' "short form" application and failed to answer most of the questions therein, including the amount of his wages (if any), the name of his employer (if any), and whether he has any assets. The Court is unable to determine from Spitters's application whether he is indigent and entitled to proceed in forma pauperis.

Accordingly, Spitters is ORDERED TO SHOW CAUSE why his application should not be denied and this action should not be dismissed for failure to pay the filing fee, by either filing a complete application to proceed in forma pauperis or paying the filing fee **no later than September 6, 2018**. If Spitters chooses to file a new application, he should use this Court's form, which is available on the Court's website[1] and a copy of which is attached to this order. If Spitters does not provide a sufficient response or pay the filing fee by that deadline, the undersigned will recommend that his application be denied and that the case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 16, 2018

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] https://cand.uscourts.gov/filelibrary/15/Application%20to%20Proceed%20In%20Forma%20Pauperisnon-prisoner.pdf